STATE v. CHARLES E. WORTHINGHAM.[1]

July 5, 1907.

Nos. 15,302—(211).

Appeal by defendant from an order of the municipal court of Minneapolis, Waite, J., denying his motion for a new trial. Affirmed.

*M. C. O'Donnell,* for appellant.

*Frank Healy* and *Clyde R. White,* for respondent.

PER CURIAM.

The appellant was convicted in the municipal court of the city of Minneapolis of selling liquor without a license and appeals to this court from an order denying his motion for a new trial.

The only question is whether there was evidence sufficient to justify the conclusion of the court that the appellant was guilty. We have examined the record carefully and are satisfied that the court was right. The order is therefore affirmed.